UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER P. HEANUE,

Petitioner,

05-11120 GAO

ROBERT MURPHY,
SUPERINTENDENT, MASS. TREATMENT CENTER

PETITIONER'S MOTION FOR EXPEDITED HEARING

Now comes Peter P. Heanue, pro se, who moves this Honorable Court, in the interests of justice, to conduct a hearing at the earliest possible time to determine whether he is currently being held in violation of 8 U.S.C., §§ 1228(a) and 1232(a)(4) by officials of the Massachusetts Department of Correction and specifically, Respondent Robert Murphy.

Respectfully submitted,

Peter P. Heanue
Peter P. Heanue, Pro se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, MA 02324