UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-11120-GAO

PETER P. HEANUE,
Petitioner,

ROBERT MURPHY,
SUPERINTENDENT, MASS. TREATMENT CENTER
Respondent

PETITIONER'S MOTION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM

Now comes Peter P. Heanue, pro se, who moves this Honorable Court to issue a Writ of Habeas Corpus Ad Testificandum, directing Robert Murphy, Superintendent of the Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA. 02324 to deliver him the above Court on the _____ day of _____, 2005 so that he may appear and otherwise testify.

Respectfully submitted,

Peter P. Heanue, Pro se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, MA. 02324