```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

PETER P. HEANUE,              )
                              )
         Petitioner,          )
                              )
         v.                   )
                              )   C.A. No. 05-11120-GAO
ROBERT MURPHY, SUPERINTENDENT,)
                              )
         Respondent.          )
                              )
                              )
```

ORDER FOR DISMISSAL

O'TOOLE,D.J.

    In accordance with the Memorandum and Order (#4) entered this date, directing dismissal of the above-captioned matter, it is hereby ORDERED the above-captioned matter is dismissed in its entirety.

                                                  BY THE COURT,

                                                  /s/ Paul Lyness
                                                  Deputy Clerk

Dated: June 27, 2005.